Darrell L. Hill (Bar No. 030424)
Kathleen E. Brody (Bar No. 026331)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-650-1854
Email: dhill@acluaz.org
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

J'AIME MORGAINE, PAUL HAMILTON,

Plaintiffs,

v.

UNITED STATES CONGRESSMAN PAUL GOSAR,

Defendant.

No.: 17-CV-08178-DGC

**PLAINTIFFS' STATUS REPORT**

Plaintiffs respectfully submit this status report in response to the Court's order of January 12, 2018 (Doc. 15) and state as follows:

1. This case concerns Defendant's repeated and ongoing infringement of Plaintiffs' First Amendment rights to expression in online public forums hosted on Defendant's official, government Facebook page.

2. Plaintiff J'aime Morgaine originally filed a pro se complaint for declaratory and injunctive relief on September 8, 2017 (Doc. 1).

3. After filing the complaint pro se, Ms. Morgaine sought the assistance of counsel. Ms. Morgaine retained the American Civil Liberties Foundation of Arizona ("ACLU of Arizona") on November 27, 2017.

4. In early December 2017, undersigned counsel Darrell Hill contacted Penny Pew, Regional Director of Congressman Gosar's Gold Canyon, Arizona, office, to ascertain who could accept service of the complaint on Defendant's behalf. Ms. Pew indicated that she was authorized to accept service.

5. On December 6, 2017, Ms. Morgaine timely served Defendant through Ms. Pew with Ms. Morgaine's September 8, 2017 complaint and summons.

6. On December 27, 2017, Plaintiffs filed the First Amended Complaint pursuant to Federal Rule of Civil Procedure 15, which allows amendment of a pleading as a matter of course within twenty-one days after service. Fed. R. Civ. P. 15 (a)(1)(A). Plaintiffs' First Amended Complaint was timely served on Defendant, through Ms. Pew, on January 9, 2018.

7. On January 11, 2018, the Court issued an order regarding service of the original September 8, 2017 complaint and summons (Doc. 13). The same day, Plaintiffs filed the affidavit of service documenting that service of the September 8, 2017 complaint and summons was made on Defendant on December 6, 2017, by serving Ms. Pew, who is authorized to accept service on Defendant's behalf (Doc. 14).

8. On January 18, 2018, Plaintiffs filed the affidavit of service regarding the First Amended Complaint and summons documenting that service was made on Defendant on January 9, 2018, by serving Ms. Pew, who is authorized to accept service on Defendant's behalf (Doc. 16).

9. Defendant's answer to the First Amended Complaint is due on January 30, 2018.

Respectfully submitted this 18th day of January 2018.

By: /s/ *Darrell L. Hill*

Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal

I hereby certify that on January 18, 2018, I served the attached document by U.S. mail on the following, who is not a registered participant of the CM/ECF System:

Paul A. Gosar
United States House of Representatives
122 North Cortez Street, Suite 104
Prescott, AZ 86301

*/s/ Darrell L. Hill*
Darrell L. Hill