Darrell L. Hill (Bar No. 030424)
Kathleen E. Brody (Bar No. 026331)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-650-1854
Email: dhill@acluaz.org
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J'aime Morgaine, Paul Hamilton, <br><br> Plaintiffs, <br> v. <br><br> United States Congressman Paul Gosar, <br><br> Defendant. | No.: 17-CV-08178-DGC <br><br> **PLAINTIFFS' REVISED STATUS REPORT** |

Plaintiffs' respectfully submit this Revised Status Report to correct inadvertent misstatements in Plaintiffs' January 18, 2018 Status Report (Doc. 17), which was filed in response to the Court's order of January 12, 2018 (Doc. 15). These misstatements were brought to the attention of Plaintiffs' counsel in a letter dated January 30, 2018, from Kristin Shapiro, Associate General Counsel for the United States House of Representatives.

Plaintiffs, therefore, state as follows:

1. Plaintiffs' January 18, 2018 Status Report incorrectly suggested that Plaintiffs had completed proper service. Because Defendant Gosar is a United States officer, Plaintiffs are required to serve Defendant Gosar *and* the United States. Plaintiffs personally served Defendant Gosar but have not served the United States. Fed. R. Civ. P. 4(i).

1

2. Defendant Gosar's answer to Plaintiffs' First Amended Complaint is due 60 days after Plaintiffs complete service on the United States, Fed. R. Civ. P. 12(a), not on January 30, 2018, the due date specified in Plaintiffs' Status Report (Doc. 17 ¶ 9).

3. Upon learning of the errors, Plaintiffs have undertaken immediate steps to correct these misstatements to the Court with this Revised Status Report.

4. In addition, Plaintiffs will voluntarily dismiss the current action without prejudice following the filing of this Revised Status Report. *See* Fed. R. Civ. P. 41(a)(1).

Respectfully submitted this 6th day of February 2018.

> By: /s/ *Darrell L. Hill*
> Kathleen E. Brody
> Darrell L. Hill
> ACLU Foundation of Arizona
> 3707 North 7th Street, Suite 235
> Phoenix, AZ 85014
>
> *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal

I hereby certify that on February 6, 2018, I served the attached document by U.S. mail on the following, who is not a registered participant of the CM/ECF System:

>Paul A. Gosar
>United States House of Representatives
>122 North Cortez Street, Suite 104
>Prescott, AZ 86301

>*/s/ Darrell L. Hill*
>Darrell L. Hill