Darrell L. Hill (Bar No. 030424)
Kathleen E. Brody (Bar No. 026331)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-650-1854
Email: dhill@acluaz.org
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| J'aime Morgaine, Paul Hamilton, | No.: 17-CV-08178-DGC |
|---|---|
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |
| United States Congressman Paul Gosar, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby provide notice of voluntary dismissal of the current action. Defendant Congressman Paul Gosar has not "serve[d] an answer or a motion for summary judgment" in this case. Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, voluntary dismissal without prejudice upon notice from Plaintiffs is appropriate. Fed. R. Civ. P. 41(a)(1).

Respectfully submitted this 6th day of February 2018.

By: /s/ *Darrell L. Hill*
Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal

I hereby certify that on February 6, 2018, I served the attached document by U.S. mail on the following, who is not a registered participant of the CM/ECF System:

>Paul A. Gosar
>United States House of Representatives
>122 North Cortez Street, Suite 104
>Prescott, AZ 86301

>*/s/ Darrell L. Hill*
>Darrell L. Hill